UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ALVAREZ, | ) Case No. CV 08-4429 JC |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: December 28, 2009

/s/
_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE